# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**MARITZA MONTANEZ,**

V.

**D & D AUTO, LLC, ET AL.,**

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **3:15−CV−00397−VAB**

TO: **D & D Auto, LLC, Safe−Guard Products International, LLC**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Joanne S. Faulkner**
**Law Offices of Joanne Faulkner**
**123 Avon St.**
**New Haven, CT 06511−2422**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

**/s/ − A Walker**

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FIAT JUSTITIA
DISTRICT OF CONNECTICUT

**ISSUED ON 2015−04−14 09:35:48.0**, Clerk
USDC CTD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NUMBER 3:15-CV-00397-VAB

RETURN OF SERVICE

| | | | |
|---|---|---|---|
| Service of the Summons and Complaint by me | | Date | April 21, 2015 |
| Name of Server | Nancy F. Marino | Title | Connecticut State Marshal |

Then and by virtue hereof, on the 21st day of April, 2015, I made due and legal service on the within named defendant, **D&D AUTO, LLC**, by leaving a verified true and attested copy of the within original **Federal Summons and Complaint**, at the usual place of abode of the within named, David Cartwright, Statutory Agent For Service for said defendant, at 9-1 Matson Ridge, in the Town of Old Lyme.

| | | | | | |
|---|---|---|---|---|---|
| Travel | $ 62.75 | Services | $ 47.20 | Total | $ 109.95 |

Declaration of Service

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Services Fees is true and correct.

Executed on April 21, 2015

Nancy F. Marino

45 Wyllys Street, Hartford, CT 06106