UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARITZA MONTANEZ, | : | CIVIL ACTION NO. |
| | : | 3:15-CV-00397-VAB |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| D&D AUTO, LLC d/b/a FAIRFIELD HYUNDAI, SAFE-GUARD PRODUCTS INTERNATIONAL, LLC, | : | |
| | : | |
| Defendants. | : | MAY 29, 2015 |

### AFFIDAVIT OF JOSEPH K. SCULLY
### IN SUPPORT OF OPPOSITION TO MOTION FOR JUDGMENT

I, Joseph K. Scully, being duly sworn, depose and say:

1. I am over the age of 18 years and believe in the obligations of an oath. I am a member in good standing of the bar of this Court, and an attorney with the firm of Day Pitney LLP, counsel for the defendant Safe-Guard Products International, LLC, ("Safe-Guard"). I make this affidavit in support of Safe-Guard's Opposition to the plaintiff's Motion for Judgment. Except as otherwise indicated, I make this affidavit based upon my personal knowledge.

2. Attached hereto as Exhibit 1 is a true and accurate copy of an e-mail exchange without attachments between Attorney Joanne Faulkner and me beginning on April 21, 2015.

3. Attached hereto as Exhibit 2 is a true and accurate copy of an e-mail exchange without attachments between Attorney Joanne Faulkner and me beginning on April 21, 2015 through April 27, 2015.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29th DAY OF MAY, 2015.

_____
Joseph K. Scully

ANDREW J. MARANO
*NOTARY PUBLIC*
MY COMMISSION EXPIRES OCT. 31, 2016