UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARITZA MONTANEZ, | : | CIVIL ACTION NO. |
| | : | 3:15-CV-00397-VAB |
| Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| D&D AUTO, LLC d/b/a FAIRFIELD HYUNDAI, SAFE-GUARD PRODUCTS INTERNATIONAL, LLC, | : | |
| | : | |
| | : | |
| Defendants. | : | MAY 27, 2015 |

**AFFIDAVIT OF KENYETTA MASSIAH
<u>IN SUPPORT OF OPPOSITION TO MOTION FOR JUDGMENT</u>**

I, Kenyetta Massiah, being duly sworn, depose and say:

1.  I am over the age of 18 years and believe in the obligations of an oath.  I am employed by the defendant Safe-Guard Products International, LLC, ("Safe-Guard").  I hold the title of Legal Services Manager.  I make this affidavit in support of Safe-Guard's Opposition to the plaintiff's Motion for Judgment.  Except as otherwise indicated, I make this affidavit based upon my personal knowledge.

2.  Attached hereto as Exhibit 1 is a true and accurate copy of a series of e-mails exchanged between Attorney Joanne Faulkner and me beginning on March 18, 2015 through April 2, 2015.

3.  I was the person negotiating on Safe-Guard's behalf to resolve the plaintiff's claims in this matter.  Safe-Guard believed, and still believes, that the plaintiff's claims are entirely meritless, but was willing to consider settling those claims in order to avoid the costs of litigation.  In part because the plaintiff was pursuing an obviously meritless claim, Safe-Guard was only willing to consider a settlement if it completely and finally resolved any possible

-2-

disputes with the plaintiff now and in the future. Accordingly, the settlement proposal that I extended on behalf of Safe-Guard involved a cancellation of the plaintiff's Vehicle Service Contract and required the plaintiff to execute a written agreement in order, among other things, to effectuate the cancellation of the Contract. Safe-Guard also was only willing to settle if the plaintiff agreed to maintain the confidentiality of the terms of the parties' settlement.

    4.    I never reached an agreement with Attorney Faulkner to settle the plaintiff's claims.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 27 DAY OF MAY, 2015.

_____
Kenyetta Massiah



05-27-15

TENEISHA R S JONES
Notary Public
Dekalb County
State of Georgia
My Commission Expires Jun 9, 2018